**JASS LAW**
Jeremy D. Jass, SBN 279466
4340 Von Karman Avenue, Suite 100
Newport Beach, CA 92660
Tel: (562) 340-6299
Fax: (562) 340-6422
jeremy@jasslaw.com

Attorneys for Plaintiff
RYAN JAMES GUE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH OBRIAN ROBINSON,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF HEMET; C. MAKER, individually and as Police Officer #10741 for the Hemet Police Department; B. MACARTHUR, individually and as Police Officer #10643 for the Hemet Police Department; and DOES 1-10, inclusive;<br><br>Defendants. | Case No.: 5:23-cv-00264-SSS-SP<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE OF SETTLEMENT**

1

**TO THE COURT:**

NOTICE IS HEREBY GIVEN that a settlement has been reached between the parties that would resolve all issues in this matter. The agreement reached is contingent on the approval of the City Claims Board and/or City Coucil. Also, the parties are in the process of reducing the settlement to writing. After the settlement is approved and reduced to writing, the parties will submit a stipulated dismissal with prejudice. It is expected that this process will take approximately 60-90 days to complete. Accordingly, it is requested that the Court remove this case from its active case list and vacate all scheduled dates.

DATED: June 21, 2024                JASS LAW

By: _____
Jeremy D. Jass
Attorneys for Plaintiff
KEITH OBRIAN ROBINSON

---

**NOTICE OF SETTLEMENT**