1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH OBRIAN ROBINSON, | Case No.: 5:23-cv-00264-SSS-SPx |
| Plaintiff, | **ORDER GRANTING ADDITIONAL TIME TO FILE RULE 41 DISMISSAL** |
| vs. | |
| CITY OF HEMET; C. MAKER, individually and as Police Officer #10741 for the Hemet Police Department; B. MACARTHUR, individually and as Police Officer #10643 for the Hemet Police Department; and DOES 1-10, inclusive; | |
| Defendants. | |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER GRANTING ADDTIIONAL TIME TO FILE RULE 41 DISMISSAL**

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD**:

Based on the joint request of the parties and good cause appearing therefore, by December 20, 2024 the parties shall file either: (1) a Stipulation of Dismissal under Fed.R.Civ.P. 41(a)(1)(A)(ii); (2) a Stipulation for and Order of Dismissal under Fed.R.Civ.P. 41(a)(2); (3) a motion to reopen if settlement as not been consummated; or (4) another Joint Statement on the status of the settlement.

*IT IS SO ORDERED.*

DATED: September 30, 2024    _____

HON. SUNSHINE SUZANNE SYKES
United States District Court Judge

---

**ORDER GRANTING ADDTIIONAL TIME TO FILE RULE 41 DISMISSAL**

2