1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH OBRIAN ROBINSON,<br><br>                  Plaintiff,<br><br>vs.<br><br>CITY OF HEMET; C. MAKER, individually and as Police Officer #10741 for the Hemet Police Department; B. MACARTHUR, individually and as Police Officer #10643 for the Hemet Police Department; and DOES 1-10, inclusive;<br><br>                  Defendants. | Case No.: 5:23-cv-00264-SSS-SPx<br><br>**ORDER GRANTING ADDITIONAL TIME TO FILE RULE 41 DISMISSAL** |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD**:

Based on the joint request of the parties and good cause appearing therefore, by March 21, 2025 the parties shall file either: (1) a Stipulation of Dismissal under Fed.R.Civ.P. 41(a)(1)(A)(ii); (2) a Stipulation for and Order of Dismissal under Fed.R.Civ.P. 41(a)(2); (3) a motion to reopen if settlement as not been consummated; or (4) another Joint Statement on the status of the settlement.

*IT IS SO ORDERED.*

DATED: January 6, 2025         _____
                               HONORABLE SUNSHINE SUZANNE SYKES
                               United States District Court Judge

---

**ORDER GRANTING ADDTIIONAL TIME TO FILE RULE 41 DISMISSAL**

2